**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| GREGORY ROBINSON, | : | No. 34 EAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated 7/7/2015 |
| | : | (entered 7/8/2015) at No. 144 M.D. |
| v. | : | 2015. |
| | : | |
| | : | |
| SUPERINTENDANT HUNTINGDON AND | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

AND NOW, this 16th day of February 2016, the Order of the Commonwealth Court is **AFFIRMED**.

Mr. Justice Eakin did not participate in the consideration or decision of this case.